# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**RONALD J. WHITE,**<br><br>　　　　　**Defendant.** | **Case Number: 8:13CB10**<br>**Violation Number 1753505 NE14**<br><br>**ORDER** |

On the motion of the United States Attorney's Office, the above-referenced matter is hereby dismissed without prejudice. The Motion to Dismiss (Filing No. 49) is granted.

**ORDERED** this 17th day of June, 2015.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　United States Magistrate Judge